ACCEPTED
15-25-00091-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 2:59 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00091-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/16/2025 2:59:25 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS FOR THE
FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

**U.S. SAND AND GRAVEL, LLC, RAITZ ENTERPRISES, INC. AND
RAITZ INVESTMENT GROUP, LLC,**
*Appellants,*

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION,**
*Appellee.*

## JOINT MOTION REQUESTING RENDERING OF FINAL JUDGMENT

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellants U.S. Sand and Gravel, LLC, Raitz Enterprises, Inc., and Raitz Investment Group, LLC (Raitz), and Appellee the Texas Department of Transportation (TxDOT), (collectively the Parties), present this motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(A) and respectfully request that the Court render final judgment effectuating the parties' agreement in this case. *See* Ex. A. As grounds for this motion, the Parties respectfully show the Court the following:

1. The trial court entered a default judgment in this matter on February 12, 2025, ordering that Raitz is permanently enjoined from operating

three sand and gravel pits for failure to obtain safety certificates as required and penalties of $20,000. *See* Ex. B.

2. TxDOT filed a motion to enforce the default judgment March 24, 2025.

3. Raitz filed a motion to vacate the default judgment and for new trial which was denied May 16, 2025.

4. Raitz filed notice of its restricted appeal on May 16, 2025.

5. The Parties entered into a Rule 11 agreement on May 22, 2025, to attempt to resolve the safety certificate noncompliance issue.

6. After completed safety certificate applications were submitted and TxDOT completed its investigation of the three Raitz quarries, safety certificates were issued on June 30, 2025. Ex. C.

7. The Parties have now reached an agreement and thus request that the Court render judgment effectuating the Parties' agreement as contained in the attached Agreed Final Judgment. *See* Tex. R. App. P. 42.1(a)(2)(A).

For the reasons above, the Parties respectfully request that this Court render judgment in accordance with the Parties' Agreed Final Judgment and dismiss this appeal.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney
General

AUSTIN KINGHORN
Deputy Attorney General for Civil
Litigation

NANETTE M. DINUNZIO
Chief, Transportation Division


/s/Joshua Longi

JOSHUA LONGI
State Bar No. 24095228
Assistant Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1122
Facsimile: (512) 936-0888
joshua.longi@oag.texas.gov

COUNSEL FOR APPELLEE

/s/William L. Mennucci

WILLIAM L. MENNUCCI
State Bar No. 00788042
Thompson, Coe, Cousins, & Irons,
L.L.P.
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 703-5085
bmennucci@thomsponcoe.com
*Lead Counsel*

KASEY RACHEL
Dorsett Johnson, LLP
421 W. Third Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 900-8202
Facsimile: (817) 882-8526
krachel@dorsettjohnson.com

COUNSEL FOR APPELLANTS

## CERTIFICATE OF SERVICE

This is to certify that on this day, September 16, 2025, a true and correct copy of the foregoing *Joint Motion Requesting Rendering of Final Judgment* was sent to the following as indicated below:

William L. Mennucci
State Bar No. 00788042
Thompson, Coe, Cousins, & Irons, L.L.P.
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 703-5085
bmennucci@thomsponcoe.com
*Lead Counsel*

Kasey Rachel
Dorsett Johnson, LLP
421 W. Third Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 900-8202
Facsimile: (817) 882-8526
krachel@dorsettjohnson.com

COUNSEL FOR APPELLANTS

/s/Joshua Longi
JOSHUA LONGI
Assistant Attorney General

# Exhibit A

IN THE COURT OF APPEALS FOR THE
FIFTEENTH DISTRICT OF TEXAS AT AUSTIN

**U.S. SAND AND GRAVEL, LLC, RAITZ ENTERPRISES, INC. AND RAITZ INVESTMENT GROUP, LLC,**
*Appellants*,

**V**.

**TEXAS DEPARTMENT OF TRANSPORTATION**,
*Appellee.*

## AGREED FINAL JUDGMENT

The Parties in the above-named cause have reached agreement in this case and announce a settlement resolving all claims and finally disposing of this case.

### I. Factual and Procedural Background

U.S. Sand and Gravel, LLC, Raitz Enterprises, Inc., and Raitz Investment Group, LLC (collectively Raitz) operate three sand and gravel quarries, two in Erath County and one in Comanche County: TxDOT Pit No. 2230, SC-1367, Erath County, Seldon, Texas, FM 913; TxDOT Pit No. 2231, SC-1368, Erath County, Hico, Texas, 17298 US Highway 281; and TxDOT Pit No. 2232, SC-1369, Comanche County, Dublin, Texas, 4458 FM 1476. None of the three quarries had applied for and received safety certificates as required by the Texas Department of

Transportation (TxDOT). *See* Tex. Nat. Res. Code § 133.045; 43 Tex. Admin. Code § 21.711.

TxDOT sued Raitz to obtain compliance, injunctive relief, and civil penalties in July 2024. When Raitz failed to answer the suit, TxDOT moved for default judgment in October 2024. The trial court signed a default judgment in February 2025, enjoining Raitz from operating any of the three pits and assessing a $20,000 penalty. TxDOT filed a motion to enforce the default judgment on March 24, 2025, and a few days later, Raitz filed a motion to vacate default judgment and for new trial. The trial court ultimately denied Raitz's motion, and Raitz filed notice of a restricted appeal. Raitz and TxDOT subsequently entered into a Rule 11 agreement which provided Raitz with an opportunity to apply for the safety certificates. After completed safety certificate applications were submitted and TxDOT completed its investigation of the three Raitz quarries, safety certificates were issued on June 30, 2025.

## II. Terms of Agreement

Given that Raitz has obtained the required safety certificates from TxDOT, the parties have reached an agreement to settle and dispose of this case as follows:

1. Raitz may operate the three quarries described above pursuant to the terms of the safety certificates issued by TxDOT on June 30, 2025.

2. Raitz shall operate and maintain the quarries pursuant to all applicable laws

and regulations and acknowledges that failure to do so could result in cancelation of the safety certificates, civil penalties, or both.

3. Raitz shall not operate any other quarry that does not have a current safety certificate issued by TxDOT if required by Texas Natural Resources Code § 133.045, or that is not in compliance with all applicable laws and regulations.

4. Raitz shall pay a penalty in the amount of $20,000.00 for the violations identified at the three quarries listed above, which accrued prior to Raitz having been issued safety certificates on June 30, 2025.

5. Post-judgment interest on the penalty amount in paragraph 4 will be calculated at the rate of five percent (5%) compounded annually from February 12, 2025, until the penalty is paid in full.

6. Raitz agrees to dismiss the restricted appeal pending in the Fifteenth Court of Appeals at Austin, Texas.

## III. Injunction

It is therefore ORDERED that Raitz, its officers, directors, employees, agents, legal representatives, subsidiary organizations, parent organizations, successor corporations, insurers, and assigns, and all other persons, firms, or corporations who might be liable, are hereby enjoined from owning, operating or maintaining any quarries in the State of Texas without safety certificates required pursuant to the

Texas Aggregate Quarry and Pit Safety Act, Texas Natural Resources Code, Chapter 133 and 43 Texas Administrative Code chapter 21, subchapter M.

It is further ORDERED that any quarries owned, operated or maintained by Raitz in the State of Texas shall be owned, operated or maintained in compliance with all applicable laws and regulations pertaining to such quarries.

## IV. Order of the Court

It is further ORDERED that Raitz shall pay a penalty in the amount of $20,000.00 and post-judgment interest on the penalty amount calculated at the rate of five percent (5%) compounded annually from February 12, 2025, to be paid to the Texas Department of Transportation within 60 days of the date of this judgment.

It is further ORDERED that all costs of Court are hereby adjudged against the party incurring said costs.

It is finally ORDERED that this judgment disposes of all parties and all claims raised in this cause. All relief not expressly granted herein is denied.

SIGNED this _____ day of _____, 2025.


_____
JUSTICE, Fifteenth Court of Appeals

4

APPROVED AS TO SUBSTANCE AND FORM:

KEN PAXTON
Attorney General of Texas


/s/Joshua Longi
_____
JOSHUA LONGI
State Bar No. 24095228
joshua.longi@oag.texas.gov
Assistant Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1122
Facsimile: (512) 936-0888

COUNSEL FOR APPELLEE

/s/William L. Mennucci
_____
WILLIAM L. MENNUCCI
State Bar No. 00788042
Thompson, Coe, Cousins, & Irons,
L.L.P.
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 703-5085
bmennucci@thomsponcoe.com
*Lead Counsel*

KASEY RACHEL
Dorsett Johnson, LLP
421 W. Third Street, Suite 700
Fort Worth, Texas 76102
Telephone: (817) 900-8202
Facsimile: (817) 882-8526
krachel@dorsettjohnson.com

COUNSEL FOR APPELLANTS

# Exhibit B

CAUSE NO. D-I-GN-24-004334

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF TRANSPORTATION, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| v. | § § | 459th JUDICIAL DISTRICT |
| U.S. SAND & GRAVEL LLC, RAITZ ENTERPRISES, INC., RAITZ INVESTMENT GROUP LLC | § § § § | |
| Defendant. | § | TRAVIS COUNTY, TEXAS |

## DEFAULT JUDGMENT

On this day, plaintiff Texas Department of Transportation, moved for default judgment after defendants U.S. Sand & Gravel LLC, Raitz Enterprises, Inc., and Raitz Investment Group LLC (collectively, "U.S. Sand & Gravel") failed to file an answer in this case. Plaintiff's motion was heard on submission on this date. Plaintiff has appeared through its attorney. Defendants having been duly served with citation and a copy of plaintiff's original petition, have not apeared or answered.

On submission, the Court determined it had jurisdiction over the subject matter and the parties in this proceeding, and the citation and proof of service were on file for at least ten days before the motion was filed. After considering the pleadings, the papers on file in this case, and the evidence plaintiff presented on liability, damages, and attorney fees, the Court grants plaintiff's motion for default judgment.

The Court hereby RENDERS judgment for plaintiff, Texas Department of Transportation.

1. Accordingly, the Court orders that plaintiff, Texas Department of Transportation, recover the following from defendants:

   a. A permanent injunction ordering the defendants to cease its operation of all three pits.

   b. Penalties in the amount of $20,000.00.

c. ~~Reasonable and necessary attorney fees in the amount of $1,500.00 for the prosecution of this case through this judgment.~~

d. ~~Court costs.~~

e. Post judgment interest on the above monetary damages at the rate of 5%, compounded annually, from the date this judgment is rendered until all amounts are paid in full.

2. The Court orders execution to issue for this judgment.

SIGNED on _February 12_, 2025

_____
PRESIDING JUDGE

# Exhibit C



June 30, 2025

Casey Raitz
US Sand and Gravel, LLC
1111 N. Graham Street
Stephenville, Texas 76401

RE: Safety Certificate

Mr. Raitz,

As requested you have submitted the required paperwork for the US Sand and Gravel LLC, Seldon Pit for compliance with the Texas Aggregate Quarry and Pit Safety Act (Act) under Natural Resources Code, Title 4, Chapter 133, Section 133.045. The earthen berm barriers and highwall sloping are necessary to protect the traveling public and adjacent property where applicable. Maintenance will be required in the future if needing to comply with Title 4, Natural Resources Code, Chapter 133, Sections 133.041and 133.901. The quarry meets the minimum requirements to be issued a safety certificate, and enclosed is the safety certificate for the US Sand and Gravel LLC, Seldon Pit.

All safety requirements under the Act and Texas Administrative Code, Title 43, Chapter 21, Subchapter M remain in effect during the entire mining process. A safety certificate may be transferred to another responsible person, as long as the safety requirements are met, and transfer of the safety certificate follows the procedure specified in Sec. 133.051 of the Act. At the completion of mining of the pit site, a cessation certificate is required.

Should you have any future questions regarding the requirements of the Act and Rules, please call me at (737) 465-2173. Your cooperation in complying with this program and protecting the motoring public is appreciated.

TODD B HUDDLESON

**Texas Department of Transportation**

Maintenance Division
Quarry / Pit Safety Program
6230 E. Stassney Lane
Austin, TX 78744
Office 737.465.2173
*TODD.HUDDLESON@TXDOT.GOV*



**Texas Department of Transportation**

## Safety Certificate

## Quarry and Pit Safety Certificate TxDOT SC No., SC-1367 TxDOT Pit No. 2230

### Quarry or Pit Location

**Erath County, Seldon, Texas, Farm to Market 913,
32.149702, -98.110821**

This certifies that US Sand and Gravel LLC, Seldon Pit has met the requirements for a safety certificate in accordance with the Texas Aggregate Quarry and Pit Safety Act, (Title 4, Natural Resources Code, Chapter 133) and Regulations (Texas Administrative Code) administered by the Texas Department of Transportation.

Date of Issue is June 30, 2025

Certificate transfer, denial of transfer, revocation and cessation of operations of the pit or quarry are subject to Sections 133.051 through 133.054 and Section 133.901 of Chapter 133 of the Texas Aggregate Quarry and Pit Safety Act.

Signed by,

*Todd B. Huddleson*

Todd B. Huddleson
Quarry/Pit Safety Program Manager



June 30, 2025


Casey Raitz
US Sand and Gravel, LLC
1111 N. Graham Street
Stephenville, Texas 76401

RE: Safety Certificate

Mr. Raitz,

As requested you have submitted the required paperwork for the US Sand and Gravel LLC, Proctor Pit for compliance with the Texas Aggregate Quarry and Pit Safety Act (Act) under Natural Resources Code, Title 4, Chapter 133, Section 133.045. The earthen berm barriers and highwall sloping are necessary to protect the traveling public and adjacent property where applicable. Maintenance will be required in the future if needing to comply with Title 4, Natural Resources Code, Chapter 133, Sections 133.041and 133.901. The quarry meets the minimum requirements to be issued a safety certificate, and enclosed is the safety certificate for the US Sand and Gravel LLC, Proctor Pit.

All safety requirements under the Act and Texas Administrative Code, Title 43, Chapter 21, Subchapter M remain in effect during the entire mining process. A safety certificate may be transferred to another responsible person, as long as the safety requirements are met, and transfer of the safety certificate follows the procedure specified in Sec. 133.051 of the Act. At the completion of mining of the pit site, a cessation certificate is required.

Should you have any future questions regarding the requirements of the Act and Rules, please call me at (737) 465-2173. Your cooperation in complying with this program and protecting the motoring public is appreciated.


TODD B HUDDLESON

**Texas Department of Transportation**

Maintenance Division
Quarry / Pit Safety Program
6230 E. Stassney Lane
Austin, TX 78744
Office 737.465.2173
TODD.HUDDLESON@TXDOT.GOV



**Texas Department of Transportation**

## Safety Certificate

## Quarry and Pit Safety Certificate TxDOT SC No., SC-1369 TxDOT Pit No. 2232

## Quarry or Pit Location

**Comanche County, Dublin, Texas, 4458 Farm to Market 1476, 31.914663, -98.404862**

This certifies that US Sand and Gravel LLC, Proctor Pit has met the requirements for a safety certificate in accordance with the Texas Aggregate Quarry and Pit Safety Act, (Title 4, Natural Resources Code, Chapter 133) and Regulations (Texas Administrative Code) administered by the Texas Department of Transportation.

Date of Issue is June 30, 2025

Certificate transfer, denial of transfer, revocation and cessation of operations of the pit or quarry are subject to Sections 133.051 through 133.054 and Section 133.901 of Chapter 133 of the Texas Aggregate Quarry and Pit Safety Act.

Signed by,

*Todd B. Huddleson*

Todd B. Huddleson
Quarry/Pit Safety Program Manager



June 30, 2025

Casey Raitz
US Sand and Gravel, LLC
1111 N. Graham Street
Stephenville, Texas 76401

RE: Safety Certificate

Mr. Raitz,

As requested you have submitted the required paperwork for the US Sand and Gravel LLC, US 281 S. Mine for compliance with the Texas Aggregate Quarry and Pit Safety Act (Act) under Natural Resources Code, Title 4, Chapter 133, Section 133.045. The earthen berm barriers and highwall sloping are necessary to protect the traveling public and adjacent property where applicable. Maintenance will be required in the future if needing to comply with Title 4, Natural Resources Code, Chapter 133, Sections 133.041and 133.901. The quarry meets the minimum requirements to be issued a safety certificate, and enclosed is the safety certificate for the US Sand and Gravel LLC, US 281 S. Mine.

All safety requirements under the Act and Texas Administrative Code, Title 43, Chapter 21, Subchapter M remain in effect during the entire mining process. A safety certificate may be transferred to another responsible person, as long as the safety requirements are met, and transfer of the safety certificate follows the procedure specified in Sec. 133.051 of the Act. At the completion of mining of the pit site, a cessation certificate is required.

Should you have any future questions regarding the requirements of the Act and Rules, please call me at (737) 465-2173. Your cooperation in complying with this program and protecting the motoring public is appreciated.

TODD B HUDDLESON

**Texas Department of Transportation**

Maintenance Division
Quarry / Pit Safety Program
6230 E. Stassney Lane
Austin, TX 78744
Office 737.465.2173
TODD.HUDDLESON@TXDOT.GOV



**Texas
Department
of Transportation**

## Safety Certificate

## Quarry and Pit Safety Certificate TxDOT SC No., SC-1368 TxDOT Pit No. 2231

## Quarry or Pit Location

**Erath County, Hico, Texas, 17298 US Highway 281,
32.104405, -98.126388**

This certifies that US Sand and Gravel LLC, US 281 S. Mine has met the requirements for a safety certificate in accordance with the Texas Aggregate Quarry and Pit Safety Act, (Title 4, Natural Resources Code, Chapter 133) and Regulations (Texas Administrative Code) administered by the Texas Department of Transportation.

Date of Issue is June 30, 2025

Certificate transfer, denial of transfer, revocation and cessation of operations of the pit or quarry are subject to Sections 133.051 through 133.054 and Section 133.901 of Chapter 133 of the Texas Aggregate Quarry and Pit Safety Act.

Signed by,

*Todd B. Huddleson*

Todd B. Huddleson
Quarry/Pit Safety Program Manager

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ally Wickliffe on behalf of Joshua Longi
Bar No. 24095228
ally.wickliffe@oag.texas.gov
Envelope ID: 105651124
Filing Code Description: Motion
Filing Description: Joint Motion Requesting Rendition of Final Judgment
Status as of 9/16/2025 3:36 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William LMennucci | | bmennucci@thompsoncoe.com | 9/16/2025 2:59:25 PM | SENT |
| Krissi Martinez | | kmartinez@thompsoncoe.com | 9/16/2025 2:59:25 PM | SENT |
| Kasey Rachel | | krachel@dorsettjohnson.com | 9/16/2025 2:59:25 PM | SENT |

Associated Case Party: Texas Department of Transportation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Joshua Longi | 24095228 | joshua.longi@oag.texas.gov | 9/16/2025 2:59:25 PM | SENT |
| Ally Wickliffe | | ally.wickliffe@oag.texas.gov | 9/16/2025 2:59:25 PM | SENT |

Associated Case Party: U.S. Sand & Gravel LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christi Benoit | | Cbenoit@thompsoncoe.com | 9/16/2025 2:59:25 PM | SENT |